# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROFESSIONAL VETERINARY PRODUCTS, LTD., a Nebraska Corporation, and PROCONN, LLC, a Nebraska Limited Liability Company.<br><br>    Plaintiffs,<br>v.<br><br>MARK TITTLE,<br><br>    Defendant. | Case No. 8:08CV484 |
| PROFESSIONAL VETERINARY PRODUCTS, LTD., a Nebraska Corporation, and PROCONN, LLC, a Nebraska Limited Liability Company.<br><br>    Plaintiffs,<br>v.<br><br>LANCE THORNBERRY,<br><br>    Defendant. | Case No. 8:08CV485 |
| PROFESSIONAL VETERINARY PRODUCTS, LTD., a Nebraska Corporation, and PROCONN, LLC, a Nebraska Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN JEFFREY,<br><br>    Defendant. | Case No. 8:08CV487 |

## ORDER OF DISMISSAL WITH PREJUDICE

These matters are before the Court upon the parties' Joint Motion for Dismissal with Prejudice. Upon being informed in the premises, the Court finds that the Motion

should be sustained and the cases dismissed.

WHEREFORE, IT IS ORDERED that each of the above-referenced actions should be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated this 6th day of April, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
District Judge

DOCS/908028.1